# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL SHREDDING, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> Defendant. | Case No. 12-cv-06042-JST <br><br> **MINUTE ORDER NOTING DISMISSAL** <br><br> Re: ECF No. 27 |

The parties have filed a stipulation of dismissal dated November 18, 2013, stating that they have agreed to a settlement of this action. ECF No. 27. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 18, 2013

JON S. TIGAR
United States District Judge